Decided July 8, 1996

## DEBBIE HUNTER, ADMINISTRATRIX (ESTATE OF ALFORDE HUNTER) *v.* HEALEY CAR AND TRUCK LEASING, INC., ET AL.*

The petition by the defendant city of New Haven for certification for appeal from the Appellate Court, 41 Conn. App. 347 (AC 14703), is granted, limited to the following issue:

---

* On December 18, 1996, the appeal was dismissed by the Supreme Court, sua sponte, on the ground that certification was improvidently granted.

"Did the Appellate Court improperly find that under a plain error standard of review the trial court wrongfully granted a directed verdict in favor of the defendants?"

The Supreme Court docket number is SC 15483.

*Patricia A. Cofrancesco*, deputy corporation counsel, in support of the petition.

*Karen E. Souza*, in opposition.

Decided July 8, 1996